UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>            Plaintiff,<br><br>      v.<br><br>L. LIMA, et al.,<br><br>            Defendants. | Case No.: 1:16-cv-01671-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF COMPLAINT AS PREMATURE<br><br>[ECF No. 8] |

Plaintiff Carlos Burnett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for copies of his complaint to be served on Defendants, filed November 16, 2016.

Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are numerous prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy caseload, Plaintiff's complaint is still awaiting screening.  The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.  Therefore, whether service of the summons and complaint will be ordered served on Defendants depends on the Court's initial review under section

1915A, and in this case because Plaintiff is proceeding in forma pauperis service will be done by the United States Marshal.  Accordingly, Plaintiff's request for copies of the complaint to be served on Defendants is denied as premature.

IT IS SO ORDERED.

Dated:   **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE